Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323


## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>DEVIN WILLS AND<br>HEATHER WILLS,<br><br>Debtors. | Bankruptcy No. 11-20902 RKM<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.      The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.      The following creditors were to have received a 4.01% distribution on their claims.  The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 6 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC as assignee of<br>Wells Fargo Bank<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | $4.77 |

3.      A check in the amount of $4.77 representing said unclaimed funds has been

made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this ___9th___ day of August, 2011.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the ___9th___ day of August, 2011, I served the foregoing Deposit

of Funds for Small Claims upon the following party in interest by depositing a copy thereof

in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

4815-2526-3114, v. 1

2